No. 123, Misc.   MEDFORD v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 124, Misc.   GEIGER v. BURKE, WARDEN.   Supreme Court of Pennsylvania, Middle District.   Certiorari denied.

No. 134, Misc.   ASH v. OHIO.   Supreme Court of Ohio.   Certiorari denied.   *E. Guy Hammond* for petitioner.

No. 137, Misc.   VOLTZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se*.   *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 139, Misc.   BISHOP v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 141, Misc.   SPRADING v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Edward Bennett Williams* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 143, Misc.   O'BRIEN v. MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 149, Misc.   COSSENTINO v. NEW YORK.   Supreme Court of New York, Appellate Division, Second Department.   Certiorari denied.